UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEPHEN MCNEELEY,

    Plaintiff,

v.                                          Case No:   2:12-cv-488-FtM-38DNF

NORMAN WILSON, SERGIO BERTUZZI, ANTHONY FENECH, NICHOLAS RISI, DAVID COX and MARK GEYER,

    Defendants.
_____/

## ORDER AND NOTICE OF HEARING

A Preliminary Pretrial Conference is set for **Tuesday**, **January 20, 2015 at 3:00 p.m.** in Ft. Myers Courtroom 5 D before the undersigned. Any motion or other filing pertaining to the Preliminary Pretrial Conference must be filed three (3) business days before the hearing to ensure consideration. Any motion or other filing received after the deadline will only be considered for good cause shown.

According to the docket, Plaintiff is currently incarcerated at Columbia Correctional Annex. The Clerk has been apprised the institution has telephonic capabilities. Accordingly, the Department of Corrections **must** make Plaintiff available **to appear telephonically** for the aforementioned hearing. The Court will initiate the teleconference with Plaintiff.

This case was initiated as a Track One Case pursuant to Local Rule 3.05 (M.D. Fla. 2009). Based on the Court's recent appointment of counsel for Plaintiff, the track of this case has changed from a Track 1 to a Track 2. The Court instructs the Courtroom Deputy to change the track of this case accordingly. See Local Rule 3.05(b)(2).

**Counsel for Plaintiff must** contact Leslie Friedmann, Courtroom Deputy for the undersigned, at (239) 461-2068, and provide the Court with the respective phone number for Plaintiff **before the end of business hours on Thursday, January 15, 2015.** The Department of Corrections must allow Plaintiff to have access to any and all legal materials related to this case during the telephonic hearing.

The Clerk of Court shall immediately fax a copy of this Order to the Warden at Columbia Correctional Institution Annex and Plaintiff's Classification Officer at (386) 466-3012.

**DONE** and **ORDERED** in Fort Myers, Florida on this 25th day of November, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: alr
Copies: All Parties of Record
    Jeff Sabean, U.S. District Court, Automation Support Specialist
    Suzanne Powell, Florida Department of Corrections
    Classification Officer Kennedy, Columbia Correctional Institution Annex
    Classification Officer Love, Columbia Correctional Institution Annex